# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                  CHAPTER 13 CASE
                                                               NO. 10-30933-DHW

**WILLIE FRANK BARR**
**ANNIE CARROLL BRANTLEY**

     **Debtors.**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Curtis C. Reding, Standing Chapter 13 Trustee in the above-referenced case, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtors' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtors filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on April 12, 2010.

2. The debtors' continued §341 Meeting of Creditors was held May 27, 2010.

3. Confirmation hearing is scheduled for June 28, 2010.

4. At the meeting of creditors, debtor was advised that the Internal Revenue Service filed a priority claim. The debtor was to make provisions for the claim or object.

5. As of this date, no amendments providing for the claim or objecting to the claim has been filed.

WHEREFORE, the above premises considered, the Trustee prays that this Honorable Court will deny confirmation of the debtors' plan.

Respectfully submitted this 21st day of June, 2010.

/s/ Curtis C. Reding
Curtis C. Reding
Standing Chapter 13 Trustee
ASB #5585-G64C

Office of the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-262-8599
Email: redingc@ch13mdal.com

CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 21st day of June, 2010.

/s/ Curtis C. Reding
Curtis C. Reding

Willie Frank Barr
Annie Carroll Brantley
1 Hillside Mobile Home Park F3
Troy, AL 36081

Richard D. Shinbaum, Esq. (via electronic filing)